**U.S. Bankruptcy Court**

**Eastern District of Arkansas**

In re:

Bankruptcy Case No.**5:17−bk−13496**

**MATISHA D. WRIGHT**
Debtor

Adversary Proceeding No.**5:22−ap−01040**

**JACK GOODING,**
Plaintiff
v.
**PEOPLE'S GAS LIGHT AND COKE COMPANY,**
Defendant

CERTIFICATE OF SERVICE

I, __Jack W. Gooding_____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a part to the matter concerning which service of process was made. I further certify that service of the summons and a copy of the complaint, in the above−styled case, was made __5/18/22_____ by:

__X__ Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

People's Gas Light & Coke Co.           People's Gas Light & Coke Co.
Attn: Charles Matthews, President        200 East Randolph St.
200 East Randolph St.                    Chicago, IL 60601
Chicago, IL 60601
via certified mail

_____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

_____ Residence Service: By leaving the process with the following person of suitable age and discretion (then residing therein) at:

_____ Publication: The defendant was served as follows: [Describe briefly]

_____ State Law: The defendant was served pursuant to the laws of the State of _____, as follows:[Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: __5/18/22_____     Signature: __/s/ Jack W. Gooding_____.